**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Cenobio Herrera LANZ, aka Bert
Herrera, Defendant—
Appellant.**

**No. 03–50091.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 22, 2004.*

Decided April 26, 2004.

Ronald L. Cheng, Esq., R. Stephen Kramer, Esq., Steven J. Olson, Esq., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Cenobio Herrera Lanz, Terminal Island, CA, pro se.

James M. Crawford, Esq., Orange, CA, for Defendant–Appellant.

Before: O'SCANNLAIN, RYMER, and BEA, Circuit Judges.

MEMORANDUM **

Cenobio Herrera Lanz appeals his guilty-plea conviction and 33–month sentence for wire fraud and aiding and abetting in violation of 18 U.S.C. §§ 1343 and 2.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Lanz has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Lanz has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. We therefore **GRANT** counsel's motion to withdraw and **AFFIRM** the district court's judgment.

Lanz's motion for extension of time to file a supplemental brief is denied.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

